## July 31, 2006

File with Court and submit copy to United States Trustee withing 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | | X | |
|   Copies of bank statements | | X | |
|   Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
|   Copies of IRS Form 6123 or payment receipt | | N/A | |
|   Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
|   Listing of aged accounts payable | MOR-4A | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Debtor

_____
Date

_[signed]_
Signature of Authorized Individual

9/8/06
Date

E. Talbot Briddell
Printed Name of Authorized Individual

President
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(9/99)

Accrual Basis

In re: Breakaway Solutions, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
CASH FLOW

Case Number: 01-10323-JWV

| | Cash Flow | | |
|---|---|---|---|
| | Actual 31-Jul-2006 | Actual 9/6/01 thru 31-Jul-06 | Budget 31-Jul-06 |
| **Ordinary Income/Expense** | | | |
| **Receipts** | | | |
| ASP Hosting Pre-petition | 0 | 1,978,360 | 2,043,294 |
| ASP Post-Petition | | 982,418 | 899,925 |
| PS Post-Petition | | 614,538 | 563,389 |
| PS Pre-petition | | 1,704,859 | 1,866,465 |
| **Total Receipts** | 0 | 5,280,175 | 5,373,073 |
| **Disbursements** | | | |
| **Corporate Expenses** | | | |
| Benefits net of Cobra | 0 | -143,425 | -99,157 |
| Billable Expense | 0 | 47,685 | 47,685 |
| Employee Support Costs - Corp | 0 | 32,888 | 26,577 |
| Insurance - Corporate | 0 | 75,958 | 76,208 |
| Legal | 1,416 | 995,253 | 572,554 |
| Other Expense | | 142,849 | 141,684 |
| Rent - Corporate | | 113,266 | 155,195 |
| Rent - Storage Facilities | | 65,941 | 60,487 |
| Rent Utilities/Maintenance | | 0 | 0 |
| Salaries & Wages/Emp Taxes | 968 | 1,462,084 | 1,390,679 |
| Sales Commissions | 0 | 34,461 | 34,461 |
| **Total Corporate Expenses** | 2,384 | 2,826,960 | 2,406,373 |
| **Hosting Expenses** | | | |
| Bandwidth | 0 | 9,331 | 9,331 |
| E On-Call Wages | 0 | 20,600 | 20,600 |
| Employee Support Costs - ASP | 0 | 32,475 | 32,475 |
| Outside Consultants | 0 | 51,620 | 51,620 |
| Rent | 0 | 54,373 | 54,373 |
| Rent Utilities/Maintenance | 0 | 17,381 | 17,381 |
| **Total Hosting Expenses** | 0 | 185,780 | 185,780 |
| **Total Operating Disbursements** | 2,384 | 3,012,740 | 2,592,153 |
| **Net Ordinary Income Cash Flow** | -2,384 | 2,267,435 | 2,780,920 |
| **Other Receipts/Disbursements** | | | |
| Other Cash Receipts | 0 | 1,148 | |
| Interest Income | | 18,468 | 13,194 |
| Other Receivables | | 739,580 | 720,271 |
| Bad Debt Recovery | | 1,124,837 | 660,000 |
| Preference Payments | 0 | 423,500 | |
| Sale of Hosting | 0 | 1,491,097 | 1,483,279 |
| Sale of Assets (1) | 0 | 660,501 | 440,788 |
| **Total Other Income** | 0 | 4,459,131 | 3,317,532 |
| **Other Cash Disbursements** | | | |
| Loan Repayments | 0 | 4,667,673 | 2,964,012 |
| Interest Expense | 0 | 389,143 | 563,087 |
| 401K payment | 0 | 9,474 | 12,474 |
| Severence | 0 | 142,510 | 142,510 |
| Officer Salary | 1,189 | 129,843 | 158,431 |
| Gestalt Subcontracting Fees | | 532,604 | 508,953 |
| Gestalt/NCO Collection Fees | | 124,260 | 109,028 |
| Tax Audit Consultants | 0 | 54,303 | 98,185 |
| Other Disbursements | 200 | 327,166 | 289,020 |
| Taxes | | -97,996 | -33,494 |
| Bankruptcy Fee | 500 | 38,750 | 38,500 |
| Section 125 VESA | 0 | 40,294 | 40,294 |
| **Total Other Expense** | 1,889 | 6,358,024 | 4,891,000 |
| **Total Other Receipts & Disbursements** | -1,889 | -1,898,893 | -1,573,468 |
| **Net Change in Cash** | -4,273 | 368,543 | 1,207,452 |

MOR-1
(9/99)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Cash Disbursements

In re: Breakaway Solutions, Inc.

Case Number: 01-10323-JWV

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| | 7/18/06 | 3201 | PA UC Fund | 2nd Quarter Fee | 5.40 |
| | 7/18/06 | 3202 | US Trustee | 2nd Quarter Fee | 500.00 |
| | 7/31/06 | 3203 | Adelman Lavine Gold and Levin | 2/06 and 3/06 80% Frrs and 100% Expenses | 1,416.48 |
| | 7/31/06 | 3204 | E. Talbot Briddell | July Payroll | 1,188.80 |
| | 7/31/06 | 3205 | Richard Collins | MOR prep June 2006 | 200.00 |
| | 7/31/06 | EFTPS | IRS | 3rd Quarter Payroll taxes | 901.00 |
| | 7/31/06 | E-File | PA Dept. of Revenue | 3rd Quarter Payroll taxes | 61.40 |
| | | | | TOTAL | 4,273.08 |

FORM MOR-1C

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
**Income Statement**

In re: Breakaway Solutions, Inc.

Case Number: 01-10323-JWV

| | 31-Jul-2006 | 31-Jul-2006 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| ASP Hosting Revenue | 0.00 | 1,024,806.13 |
| Professional Services Revenue | 0.00 | 619,963.04 |
| **Total Income** | 0.00 | 1,644,769.17 |
| **Cost of Goods Sold Professional Services** | | |
| Gestalt Subcontracting Fees | 0.00 | 555,155.09 |
| **Total Cost of Goods Sold PS** | 0.00 | 555,155.09 |
| **Gross Profit** | 0.00 | 1,089,614.08 |
| **Expense** | | |
| **Corporate Expenses** | | |
| Benefits net of Cobra | 0.00 | -10,438.77 |
| Billable Expense | 0.00 | -18,454.86 |
| Employee Support Costs - Corp | 0.00 | 29,807.49 |
| Employer Taxes | 156.60 | 83,834.26 |
| Insurance - Corporate | 0.00 | 508,907.62 |
| Other Expense | 0.00 | 140,177.57 |
| Accounting Fees | 0.00 | 46,109.22 |
| Legal Fees | 0 | 1,389,887.62 |
| PS Rent | 0.00 | 831,198.22 |
| Rent - Storage Facilities | 0.00 | 69,034.85 |
| Rent - Corporate | 0.00 | 133,727.99 |
| Rent Utilities/Maintenance | 0.00 | 136,544.52 |
| Sales Commissions | 0.00 | 22,795.93 |
| Salaries & Wages | 2,000.00 | 953,795.15 |
| **Total Corporate Expenses** | 2,156.60 | 4,316,926.81 |
| **Hosting Expenses** | | |
| Bandwidth | 0.00 | 138,849.26 |
| Circuit Charges | 0.00 | 26,348.34 |
| Data Center Rent | 0.00 | 297,085.17 |
| E On-Call Wages | 0.00 | 20,600.00 |
| Employee Support Costs - asp | 0.00 | 46,273.36 |
| Maintenance-Hardware | 0.00 | 1,366.28 |
| Outside Consultants | 0.00 | 51,620.00 |
| Rent | 0.00 | 54,373.95 |
| Rent Utilities/Maintenance | 0.00 | 25,119.07 |
| Salaries/Wages | 0.00 | 480,571.12 |
| **Total Hosting Expenses** | 0.00 | 1,142,206.55 |
| **Total Expense** | 2,156.60 | 5,459,133.36 |
| **Net Ordinary Income** | -2,156.60 | -4,369,519.28 |
| **Other Income/Expense** | | |
| **Other Income** | 0.00 | 1,148.13 |
| Interest Income | 0.00 | 24,073.25 |
| Sale of Hosting/ASP | 0.00 | 1,483,279.24 |
| Sale of Assets | 0.00 | 1,047,410.78 |
| Preference Payments | 0.00 | 577,052.61 |
| Bad Debt Recovery | 0.00 | 1,154,480.39 |
| AP Settlements | 0.00 | 34,120.00 |
| Writedown of Assets | 0.00 | -1,885,814.82 |
| **Total Other Income** | 0.00 | 2,435,749.58 |
| **Other Expense** | | |
| Bankruptcy Fee | 0.00 | 39,000.00 |
| Bad Debt Expense | 0.00 | 1,100,789.57 |
| 401k costs | 0.00 | 13,884.23 |
| Collection Fees | 0.00 | 134,564.70 |
| Interest Expense | 13,053.00 | 1,294,943.07 |
| Stay/Sale Bonus | 0.00 | 142,510.00 |
| Taxes | 0.00 | -97,995.82 |
| Other Expense | 219.00 | 346,427.12 |
| **Total Other Expenses** | 13,272.00 | 2,974,122.87 |
| **Total Other Expense** | 13,272.00 | 2,974,122.87 |
| **Net Other Income** | -13,272.00 | -538,373.29 |
| **Net Income** | -15,428.60 | -4,907,892.57 |

FORM MOR-2
(9/99)

Accrual Basis

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Balance Sheet**

In re: Breakaway Solutions, Inc.

Case Number: 01-10323-JWV

| | |
|---|---:|
| **Pre-petition Accounts Payable** | 8,133,583.26 |
| **Prepetition Acc Employee Liab** | |
| Accrued Commission | 5,073.16 |
| Accrued Employee Reimb | 16,613.41 |
| Accrued Salaries & Wages | 0.00 |
| Accrued Severance/Bonuses/Vac | 591,414.93 |
| **Total Prepetition Acc Employee Liab** | 613,101.50 |
| **Total Other Current Liabilities** | 9,570,102.82 |
| **Total Current Liabilities** | 10,742,422.04 |
| **Long Term Liabilities** | |
| SCP Loan | 2,270,403.42 |
| WPL Note Payable | 1,539,707.41 |
| Zartis Note Payable | 750,000.00 |
| **Total Long Term Liabilities** | 4,560,110.83 |
| **Total Liabilities** | 15,302,532.87 |
| **Equity** | |
| Opening Bal Equity | -8,563,359.75 |
| Net Income | -5,166,317.74 |
| **Total Equity** | -13,729,677.49 |
| **TOTAL LIABILITIES & EQUITY** | 1,572,855.38 |

**Accrual Basis**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

# Balance Sheet

In re: Breakaway Solutions, Inc.

Case Number: 01-10323-JWV

**31-Jul-2006**

| | |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       **Cash** | |
|         Merrill Lynch - 786-07D69 | 4,458.00 |
|         Silicon Valley Bank- Operating | 196,999.45 |
|         Silicon Valley Bank DIP Investment | 0.00 |
|         Silicon Valley Bank Oper Investment | 0.00 |
|       **Total Cash** | 201,457.45 |
|     **Total Checking/Savings** | 201,457.45 |
|     **Accounts Receivable** | |
|       Accounts Receivable - PS | 510,328.82 |
|       Accounts Receivable - Rent | 163,286.81 |
|       Accounts Receivable - Reserved | 231,391.72 |
|       Allowance for Doubtful Accounts | -685,727.16 |
|     **Total Accounts Receivable** | 219,280.19 |
|     **Other Current Assets** | |
|       **Other Current Assets** | |
|         Severence Overpayment 2-28 | 187,298.52 |
|         Severence Overpayment Reserve | -183,807.75 |
|       **Total Other Current Assets** | 3,490.77 |
|       **Prepaid Expenses** | |
|         Prepaid Insurance | 0.00 |
|       **Total Prepaid Expenses** | 0.00 |
|     **Total Other Current Assets** | 3,490.77 |
|   **Total Current Assets** | 424,228.41 |
|   **Other Assets** | |
|     Investments | 3.00 |
|     **Loans to Officers** | |
|       Gordon Brooks | 0.00 |
|       Reserve - Gordon Brooks Loan | 0.00 |
|       WPL Officers | 612,405.70 |
|     **Total Loans to Officers** | 612,405.70 |
|     **Notes Receivable** | |
|       Note Receivable - Netfolio | 962,439.45 |
|       Note Receivalbe-Netfolio-reserv | -866,195.50 |
|     **Total Notes Receivable** | 96,243.95 |
|     Security Deposits | 438,117.65 |
|   **Total Other Assets** | 1,146,770.30 |
| **TOTAL ASSETS** | 1,570,998.71 |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable | 1,172,319.22 |
|       **Total Accounts Payable** | 1,172,319.22 |
|       **Other Current Liabilities** | |
|         Accrued Interest | 778,418.06 |
|         Accrued Legal Fees | 45,000.00 |
|         Accrued Payroll Taxes | 0.00 |

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: Breakaway Solutions, Inc.

Case Number: 01-10323-JWV

**Reporting Period**
**July 31, 2006**

### STATUS OF POSTPETITION TAXES

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax Liablity |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 19,610.46 | 366,978.63 | 386,589.09 | | EFT | - |
| FICA-Employee | 7,732.59 | 72,072.56 | 79,805.15 | | EFT | - |
| FICA-Employer | 7,732.53 | 72,072.56 | 79,805.09 | | EFT | - |
| Unemployment | 26.77 | 1,157.63 | 1,184.40 | | EFT | - |
| Income | | | | | | |
| Other | | | | | | |
| **Total Federal Taxes** | 35,102.35 | 512,281.38 | 547,383.73 | - | - | - |
| **State and Local** | | | | | | |
| Withholding | 5,451.57 | 49,124.42 | 54,575.99 | | EFT | - |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | 109.20 | 1,676.21 | 1,785.41 | | EFT | - |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:Local | 435.07 | 7,648.28 | 8,083.35 | | wire | - |
| **Total State and Local** | 5,995.84 | 58,448.91 | 64,444.75 | - | - | - |
| **TOTAL TAXES** | 41,098.19 | 570,730.29 | 611,828.48 | - | - | - |

### SUMMARY OF UNPAID POSTPETITION DEBTS

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | - | - | - | - | 477,465.30 | 477,465.30 |
| Wages Payable ** | | - | | | | - |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | - | - | - | - | 685,492.71 | 685,492.71 |
| Rent/Leases-Equipment | | | | | | - |
| Secured Debt/ Adequate Protection Payments | | | | | | - |
| Professional Fees | - | | - | - | 9,361.21 | 9,361.21 |
| Amounts Due to Insiders | | | | | | - |
| **Total Postpetition Debts** | - | - | - | - | 1,172,319.22 | 1,172,319.22 |

*Explain how and when the Debtor intends to pay any past-due postpetition debts*
All past due debts associated with trade payables are to be paid currently, exlcuding any agreement otherwise.
** employee expense reimbursements

FORM MOR-4
(9/99)

Postpetition Accounts Payable Aging

July 31, 2006

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL | |
|---|---|---|---|---|---|---|---|
| A.B.M. 2000 Cleaning, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 1,911.70 | 1,911.70 | ACCT PAYABLE |
| ADP | 0.00 | 0.00 | 0.00 | 0.00 | 224.00 | 224.00 | ACCT PAYABLE |
| Airborne Express | 0.00 | 0.00 | 0.00 | 0.00 | 28.08 | 28.08 | ACCT PAYABLE |
| aT&T | 0.00 | 0.00 | 0.00 | 0.00 | 805.05 | 805.05 | ACCT PAYABLE |
| Avaya Communication | 0.00 | 0.00 | 0.00 | 0.00 | 1,366.28 | 1,366.28 | ACCT PAYABLE |
| Cable & Wireless | 0.00 | 0.00 | 0.00 | 0.00 | 54,389.80 | 54,389.80 | ACCT PAYABLE |
| Cable & Wireless PMA0905748 | 0.00 | 0.00 | 0.00 | 0.00 | 11,027.94 | 11,027.94 | ACCT PAYABLE |
| Citicorp Vendor Finance | 0.00 | 0.00 | 0.00 | 0.00 | 2,150.14 | 2,150.14 | ACCT PAYABLE |
| Citizens Conferencing | 0.00 | 0.00 | 0.00 | 0.00 | 4,773.16 | 4,773.16 | ACCT PAYABLE |
| Continental Stock Transfer & Trust | 0.00 | 0.00 | 0.00 | 0.00 | 716.31 | 716.31 | ACCT PAYABLE |
| Exodus | 0.00 | 0.00 | 0.00 | 0.00 | 63,605.28 | 63,605.28 | ACCT PAYABLE |
| Expanets | 0.00 | 0.00 | 0.00 | 0.00 | 59.75 | 59.75 | ACCT PAYABLE |
| Fedex | 0.00 | 0.00 | 0.00 | 0.00 | 27.09 | 27.09 | ACCT PAYABLE |
| Healthalliance Hospital | 0.00 | 0.00 | 0.00 | 0.00 | 62.29 | 62.29 | ACCT PAYABLE |
| Iron Mountain | 0.00 | 0.00 | 0.00 | 0.00 | 78.00 | 78.00 | ACCT PAYABLE |
| John Scharff Locksmith | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 75.00 | ACCT PAYABLE |
| Level 3 | 0.00 | 0.00 | 0.00 | 0.00 | 297,085.17 | 297,085.17 | ACCT PAYABLE |
| Merrill Lynch | 0.00 | 0.00 | 0.00 | 0.00 | 463.12 | 463.12 | ACCT PAYABLE |
| Nextel | 0.00 | 0.00 | 0.00 | 0.00 | 1,700.35 | 1,700.35 | ACCT PAYABLE |
| Peabody Office Furniture | 0.00 | 0.00 | 0.00 | 0.00 | 1,692.20 | 1,692.20 | ACCT PAYABLE |
| Storage USA Inc | 0.00 | 0.00 | 0.00 | 0.00 | 638.00 | 638.00 | ACCT PAYABLE |
| Sun Microsystems - Credit | 0.00 | 0.00 | 0.00 | 0.00 | 29,482.62 | 29,482.62 | ACCT PAYABLE |
| UPS | 0.00 | 0.00 | 0.00 | 0.00 | 4.54 | 4.54 | ACCT PAYABLE |
| US Coffee | 0.00 | 0.00 | 0.00 | 0.00 | 146.14 | 146.14 | ACCT PAYABLE |
| Verizon | 0.00 | 0.00 | 0.00 | 0.00 | 4,953.29 | 4,953.29 | ACCT PAYABLE |
| Bayard Firm | 0.00 | 0.00 | 0.00 | 0.00 | 9,361.21 | 9,361.21 | PROF FEES |
| 510 Investors | 0.00 | 0.00 | 0.00 | 0.00 | 20,759.14 | 20,759.14 | RENT |
| Colwell Building | 0.00 | 0.00 | 0.00 | 0.00 | 74,635.16 | 74,635.16 | RENT |
| DallasHines | 0.00 | 0.00 | 0.00 | 0.00 | 214,196.44 | 214,196.44 | RENT |
| Equivest Management Inc | 0.00 | 0.00 | 0.00 | 0.00 | 371,401.45 | 371,401.45 | RENT |
| Execu-Suites, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 4,500.52 | 4,500.52 | RENT |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 1,172,319.22 | 1,172,319.22 | |

FORM MOR-4A

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: Breakaway Solutions ,Inc.  
Case Number: 01-10323-JWV

## Reporting Period
## July 31, 2006

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period | 258,008.19 |
| + Amounts billed during the period | - |
| - Amounts to bad debt | 38,107.60 |
| - Amounts collected during the period (grossed up for commissions) | - |
| Total Accounts Receivable at the end of the reporting period | 219,900.59 |

| Accounts Receivable Aging | |
|---|---:|
| 0-30 days old | 0.00 |
| 31-60 days old | 0.00 |
| 61-90 days old | 0.00 |
| 91+ days old | 591,507.75 |
| Total Accounts Receivable | 591,507.75 |
| Amount considered uncollectible (Bad Debt) | -528,977.16 |
| Accounts Receivable (Net) | 62,530.59 |

### DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|:-:|:-:|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | X |

FORM MOR-5
(9/99)

**Bank Reconcilement**
### As of: 7/31/2006

| | |
|---|---|
| Book Balance 6/30/06 | $198,856.12 |
| Disbursments | 4,273.08 |
| Adj. Book Balance | $ 194,583.04 |
| Reconciliation Adjustment | $ 2,416.41 |
| Book Balance 7/31/06 | $ 196,999.45 |
| | |
| Bank Balance | $ 200,767.13 |
| Open Checks | $ 3,767.68 |
| Adj. Bank Balance | $ 196,999.45 |

Breakaway has been carrying an unreconciled Checking account variance for more than a year. This report adjusts the Book balance up to the Bank Balance with the addition of $2416.41