US BANKRUPTCY COURT
DISTRICT OF DELAWARE
Monthly Operating Report

In re: Breakaway Solutions, Inc.

Case Number: 01-10323-JWV

**August 1, 2006 through September 7, 2006**
**FINAL REPORT BANKRUPTCY DISMISSED SEPTEMBER 7, 2006**

File with Court and submit copy to United States Trustee withing 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | | X | |
|   Copies of bank statements | | X | |
|   Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
|   Copies of IRS Form 6123 or payment receipt | | N/A | |
|   Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
|   Listing of aged accounts payable | MOR-4A | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____  
Signature of Debtor

Date

_____  
Signature of Debtor

Date

_____  
Signature of Authorized Individual

Date 9/8/06

E. Talbot Briddell
Printed Name of Authorized Individual

President
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(9/99)

Accrual Basis

In re: Breakaway Solutions, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
CASH FLOW

Case Number: 01-10323-JWV

## Cash Flow

| | Actual Aug 1, 2006 7-Sep-2006 | Actual 9/6/01 thru 7-Sep-06 | Budget 7-Sep-06 |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Receipts** | | | |
| ASP Hosting Pre-petition | 0 | 1,978,360 | 2,043,294 |
| ASP Post-Petition | | 982,418 | 899,925 |
| PS Post-Petition | | 614,538 | 563,389 |
| PS Pre-petition | | 1,704,859 | 1,866,465 |
| **Total Receipts** | 0 | 5,280,175 | 5,373,073 |
| **Disbursements** | | | |
| **Corporate Expenses** | | | |
| Benefits net of Cobra | 0 | -143,425 | -99,157 |
| Billable Expense | 0 | 47,685 | 47,685 |
| Employee Support Costs - Corp | 0 | 32,888 | 26,577 |
| Insurance - Corporate | 0 | 75,958 | 76,208 |
| Legal | 0 | 995,253 | 572,554 |
| Other Expense | | 142,849 | 141,684 |
| Rent - Corporate | | 113,266 | 155,195 |
| Rent - Storage Facilities | | 65,941 | 60,487 |
| Rent Utilities/Maintenance | | 0 | 0 |
| Salaries & Wages/Emp Taxes | 962 | 1,463,046 | 1,390,679 |
| Sales Commissions | 0 | 34,461 | 34,461 |
| **Total Corporate Expenses** | 962 | 2,827,922 | 2,406,373 |
| **Hosting Expenses** | | | |
| Bandwidth | 0 | 9,331 | 9,331 |
| E On-Call Wages | 0 | 20,600 | 20,600 |
| Employee Support Costs - ASP | 0 | 32,475 | 32,475 |
| Outside Consultants | 0 | 51,620 | 51,620 |
| Rent | 0 | 54,373 | 54,373 |
| Rent Utilities/Maintenance | 0 | 17,381 | 17,381 |
| **Total Hosting Expenses** | 0 | 185,780 | 185,780 |
| **Total Operating Disbursements** | 962 | 3,013,702 | 2,592,153 |
| **Net Ordinary Income Cash Flow** | -962 | 2,266,473 | 2,780,920 |
| **Other Receipts/Disbursements** | | | |
| Other Cash Receipts | 0 | 1,148 | |
| Interest Income | | 18,468 | 13,194 |
| Other Receivables | | 739,580 | 720,271 |
| Bad Debt Recovery | | 1,124,837 | 660,000 |
| Preference Payments | 0 | 423,500 | |
| Sale of Hosting | 0 | 1,491,097 | 1,483,279 |
| Sale of Assets (1) | 0 | 660,501 | 440,788 |
| **Total Other Income** | 0 | 4,459,131 | 3,317,532 |
| **Other Cash Disbursements** | | | |
| Loan Repayments | 0 | 4,667,673 | 2,964,012 |
| Interest Expense | 0 | 389,143 | 563,087 |
| 401K payment | 0 | 9,474 | 12,474 |
| Severence | 0 | 142,510 | 142,510 |
| Officer Salary | 1,189 | 131,032 | 158,431 |
| Gestalt Subcontracting Fees | | 532,604 | 508,953 |
| Gestalt/NCO Collection Fees | | 124,260 | 109,028 |
| Tax Audit Consultants | 0 | 54,303 | 98,185 |
| Other Disbursements | 600 | 327,766 | 289,020 |
| Taxes | | -97,996 | -33,494 |
| Bankruptcy Fee | 0 | 38,750 | 38,500 |
| Section 125 VESA | 0 | 40,294 | 40,294 |
| **Total Other Expense** | 1,789 | 6,359,813 | 4,891,000 |
| **Total Other Receipts & Disbursements** | -1,789 | -1,900,682 | -1,573,468 |
| **Net Change in Cash** | -2,751 | 365,792 | 1,207,452 |

MOR-1
(9/99)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Cash Disbursements

In re: Breakaway Solutions, Inc.  Case Number: 01-10323-JWV

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
|  | Aug. 29 | 3206 | E. Talbot Briddell | August Payroll | 1,188.80 |
|  | Aug. 29 | EFTPS | IRS | August Payroll Taxes | 901.00 |
|  | Aug. 29 | EFTPS | PA Dept of Revenue | August Payroll Taxes | 61.40 |
|  | Sept. 7 | 3207 | E. Talbot Briddell | July MOR preperation fee | 200.00 |
|  | Sept. 7 | 3208 | E. Talbot Briddell | August MOR preperation fee | 200.00 |
|  | Sept. 7 | 3209 | E. Talbot Briddell | September MOR preperation fee | 200.00 |
|  |  |  |  | TOTAL | 2,751.20 |

FORM MOR-1C

Accrual Basis

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Income Statement

In re: Breakaway Solutions, Inc.

Case Number: 01-10323-JWV

| | 7-Sep-2006 | 7-Sep-2006 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| ASP Hosting Revenue | 0.00 | 1,024,806.13 |
| Professional Services Revenue | 0.00 | 619,963.04 |
| **Total Income** | 0.00 | 1,644,769.17 |
| **Cost of Goods Sold Professional Services** | | |
| Gestalt Subcontracting Fees | 0.00 | 555,155.09 |
| **Total Cost of Goods Sold PS** | 0.00 | 555,155.09 |
| **Gross Profit** | 0.00 | 1,089,614.08 |
| **Expense** | | |
| **Corporate Expenses** | | |
| Benefits net of Cobra | 0.00 | -10,438.77 |
| Billable Expense | 0.00 | -18,454.86 |
| Employee Support Costs - Corp | 0.00 | 29,807.49 |
| Employer Taxes | 156.60 | 83,834.26 |
| Insurance - Corporate | 0.00 | 508,907.62 |
| Other Expense | 0.00 | 140,177.57 |
| Accounting Fees | 0.00 | 46,109.22 |
| Legal Fees | 0 | 1,389,887.62 |
| PS Rent | 0.00 | 831,198.22 |
| Rent - Storage Facilities | 0.00 | 69,034.85 |
| Rent - Corporate | 0.00 | 133,727.99 |
| Rent Utilities/Maintenance | 0.00 | 136,544.52 |
| Sales Commissions | 0.00 | 22,795.93 |
| Salaries & Wages | 2,000.00 | 953,795.15 |
| **Total Corporate Expenses** | 2,156.60 | 4,316,926.81 |
| **Hosting Expenses** | | |
| Bandwidth | 0.00 | 138,849.26 |
| Circuit Charges | 0.00 | 26,348.34 |
| Data Center Rent | 0.00 | 297,085.17 |
| E On-Call Wages | 0.00 | 20,600.00 |
| Employee Support Costs - asp | 0.00 | 46,273.36 |
| Maintenance-Hardware | 0.00 | 1,366.28 |
| Outside Consultants | 0.00 | 51,620.00 |
| Rent | 0.00 | 54,373.95 |
| Rent Utilities/Maintenance | 0.00 | 25,119.07 |
| Salaries/Wages | 0.00 | 480,571.12 |
| **Total Hosting Expenses** | 0.00 | 1,142,206.55 |
| **Total Expense** | 2,156.60 | 5,459,133.36 |
| **Net Ordinary Income** | -2,156.60 | -4,369,519.28 |
| **Other Income/Expense** | | |
| **Other Income** | 0.00 | 1,148.13 |
| Interest Income | 0.00 | 24,073.25 |
| Sale of Hosting/ASP | 0.00 | 1,483,279.24 |
| Sale of Assets | 0.00 | 1,047,410.78 |
| Preference Payments | 0.00 | 577,052.61 |
| Bad Debt Recovery | 0.00 | 1,154,480.39 |
| AP Settlements | 0.00 | 34,120.00 |
| Writedown of Assets | 0.00 | -1,885,814.82 |
| **Total Other Income** | 0.00 | 2,435,749.58 |
| **Other Expense** | | |
| Bankruptcy Fee | 0.00 | 39,000.00 |
| Bad Debt Expense | 0.00 | 1,100,789.57 |
| 401k costs | 0.00 | 13,884.23 |
| Collection Fees | 0.00 | 134,564.70 |
| Interest Expense | 13,053.00 | 1,307,996.07 |
| Stay/Sale Bonus | 0.00 | 142,510.00 |
| Taxes | 0.00 | -97,995.82 |
| Other Expense | 0.00 | 346,427.12 |
| **Total Other Expenses** | 13,053.00 | 2,987,175.87 |
| **Total Other Expense** | 13,053.00 | 2,987,175.87 |
| **Net Other Income** | -13,053.00 | -551,426.29 |
| **Net Income** | -15,209.60 | -4,920,945.57 |

FORM MOR-2
(9/99)

Accounts Receivable - Rent

Accrual Basis

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Balance Sheet

In re: Breakaway Solutions ,Inc.

Case Number: 01-10323-JWV

| | |
|---|---:|
| **Pre-petition Accounts Payable** | 8,133,583.26 |
| **Prepetition Acc Employee Liab** | |
|    Accrued Commission | 5,073.16 |
|    Accrued Employee Reimb | 16,613.41 |
|    Accrued Salaries & Wages | 0.00 |
|    Accrued Severance/Bonuses/Vac | 591,414.93 |
| **Total Prepetition Acc Employee Liab** | 613,101.50 |
| **Total Other Current Liabilities** | 9,570,102.82 |
| **Total Current Liabilities** | 10,742,422.04 |
| **Long Term Liabilities** | |
|   SCP Loan | 2,270,403.42 |
|   WPL Note Payable | 1,539,707.41 |
|   Zartis Note Payable | 750,000.00 |
| **Total Long Term Liabilities** | 4,560,110.83 |
| **Total Liabilities** | 15,302,532.87 |
| **Equity** | |
|   Opening Bal Equity | -8,563,359.75 |
|   Net Income | -5,168,174.41 |
| **Total Equity** | -13,731,534.16 |
| **TOTAL LIABILITIES & EQUITY** | 1,570,998.71 |

FORM MOR-3

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: Breakaway Solutions, Inc.

Case Number: 01-10323-JWV

**Reporting Period**
**August 1, 2006 through September 7, 2006**

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax Liablity |
|---|---|---|---|---|---|---|
| **STATUS OF POSTPETITION TAXES** | | | | | | |
| **Federal** | | | | | | |
| Withholding | 19,610.46 | 367,573.63 | 387,184.09 | | EFT | - |
| FICA-Employee | 7,732.59 | 72,225.56 | 79,958.15 | | EFT | - |
| FICA-Employer | 7,732.53 | 72,225.56 | 79,958.09 | | EFT | - |
| Unemployment | 26.77 | 1,157.63 | 1,184.40 | | EFT | - |
| Income | | | | | | |
| Other | | | | | | |
| **Total Federal Taxes** | 35,102.35 | 513,182.38 | 548,284.73 | - | - | - |
| **State and Local** | | | | | | |
| Withholding | 5,451.57 | 49,185.82 | 54,637.39 | | EFT | - |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | 109.20 | 1,676.21 | 1,785.41 | | EFT | - |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:Local | 435.07 | 7,648.28 | 8,083.35 | | wire | - |
| **Total State and Local** | 5,995.84 | 58,510.31 | 64,506.15 | - | - | - |
| **TOTAL TAXES** | 41,098.19 | 571,692.69 | 612,790.88 | - | - | - |

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| **SUMMARY OF UNPAID POSTPETITION DEBTS** | | | | | | |
| Accounts Payable | - | - | - | - | 477,465.30 | 477,465.30 |
| Wages Payable ** | | - | | | | - |
| Taxes Payable | | | | | | - |
| Rent/Leases-Building | - | - | - | - | 685,492.71 | 685,492.71 |
| Rent/Leases-Equipment | | | | | | - |
| Secured Debt/ Adequate Protection Payments | | | | | | - |
| Professional Fees | - | | - | - | 9,361.21 | 9,361.21 |
| Amounts Due to Insiders | | | | | | - |
| **Total Postpetition Debts** | - | - | - | - | 1,172,319.22 | 1,172,319.22 |

*Explain how and when the Debtor intends to pay any past-due postpetition debts*
All past due debts associated with trade payables are to be paid currently, exlcuding any agreement otherwise.
** employee expense reimbursements

FORM MOR-4
(9/99)

In re: Breakaway Solutions, Inc.

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case Number: 01-10323-JWV

Postpetition Accounts Payable Aging

September 7, 2006

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL | |
|---|---|---|---|---|---|---|---|
| A.B.M. 2000 Cleaning, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 1,911.70 | 1,911.70 | ACCT PAYABLE |
| ADP | 0.00 | 0.00 | 0.00 | 0.00 | 224.00 | 224.00 | ACCT PAYABLE |
| Airborne Express | 0.00 | 0.00 | 0.00 | 0.00 | 28.08 | 28.08 | ACCT PAYABLE |
| aT&T | 0.00 | 0.00 | 0.00 | 0.00 | 805.05 | 805.05 | ACCT PAYABLE |
| Avaya Communication | 0.00 | 0.00 | 0.00 | 0.00 | 1,366.28 | 1,366.28 | ACCT PAYABLE |
| Cable & Wireless | 0.00 | 0.00 | 0.00 | 0.00 | 54,389.80 | 54,389.80 | ACCT PAYABLE |
| Cable & Wireless PMA0905748 | 0.00 | 0.00 | 0.00 | 0.00 | 11,027.94 | 11,027.94 | ACCT PAYABLE |
| Citicorp Vendor Finance | 0.00 | 0.00 | 0.00 | 0.00 | 2,150.14 | 2,150.14 | ACCT PAYABLE |
| Citizens Conferencing | 0.00 | 0.00 | 0.00 | 0.00 | 4,773.16 | 4,773.16 | ACCT PAYABLE |
| Continental Stock Transfer & Trust | 0.00 | 0.00 | 0.00 | 0.00 | 716.31 | 716.31 | ACCT PAYABLE |
| Exodus | 0.00 | 0.00 | 0.00 | 0.00 | 63,605.28 | 63,605.28 | ACCT PAYABLE |
| Expanets | 0.00 | 0.00 | 0.00 | 0.00 | 59.75 | 59.75 | ACCT PAYABLE |
| Fedex | 0.00 | 0.00 | 0.00 | 0.00 | 27.09 | 27.09 | ACCT PAYABLE |
| Healthalliance Hospital | 0.00 | 0.00 | 0.00 | 0.00 | 62.29 | 62.29 | ACCT PAYABLE |
| Iron Mountain | 0.00 | 0.00 | 0.00 | 0.00 | 78.00 | 78.00 | ACCT PAYABLE |
| John Scharff Locksmith | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 75.00 | ACCT PAYABLE |
| Level 3 | 0.00 | 0.00 | 0.00 | 0.00 | 297,085.17 | 297,085.17 | ACCT PAYABLE |
| Merrill Lynch | 0.00 | 0.00 | 0.00 | 0.00 | 463.12 | 463.12 | ACCT PAYABLE |
| Nextel | 0.00 | 0.00 | 0.00 | 0.00 | 1,700.35 | 1,700.35 | ACCT PAYABLE |
| Peabody Office Furniture | 0.00 | 0.00 | 0.00 | 0.00 | 1,692.20 | 1,692.20 | ACCT PAYABLE |
| Storage USA Inc | 0.00 | 0.00 | 0.00 | 0.00 | 638.00 | 638.00 | ACCT PAYABLE |
| Sun Microsystems - Credit | 0.00 | 0.00 | 0.00 | 0.00 | 29,482.62 | 29,482.62 | ACCT PAYABLE |
| UPS | 0.00 | 0.00 | 0.00 | 0.00 | 4.54 | 4.54 | ACCT PAYABLE |
| US Coffee | 0.00 | 0.00 | 0.00 | 0.00 | 146.14 | 146.14 | ACCT PAYABLE |
| Verizon | 0.00 | 0.00 | 0.00 | 0.00 | 4,953.29 | 4,953.29 | ACCT PAYABLE |
| Bayard Firm | 0.00 | 0.00 | 0.00 | 0.00 | 9,361.21 | 9,361.21 | PROF FEES |
| 510 Investors | 0.00 | 0.00 | 0.00 | 0.00 | 20,759.14 | 20,759.14 | RENT |
| Colwell Building | 0.00 | 0.00 | 0.00 | 0.00 | 74,635.16 | 74,635.16 | RENT |
| DallasHines | 0.00 | 0.00 | 0.00 | 0.00 | 214,196.44 | 214,196.44 | RENT |
| Equivest Management Inc | 0.00 | 0.00 | 0.00 | 0.00 | 371,401.45 | 371,401.45 | RENT |
| Execu-Suites, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 4,500.52 | 4,500.52 | RENT |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 1,172,319.22 | 1,172,319.22 | |

FORM MOR-4A

In re: Breakaway Solutions, Inc.

Case Number: 01-10323-JWV

# Reporting Period
## September 7, 2006

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 258,008.19 |
| + Amounts billed during the period | - |
| - Amounts to bad debt | 38,107.60 |
| - Amounts collected during the period (grossed up for commissions) | - |
| **Total Accounts Receivable at the end of the reporting period** | **219,900.59** |

| Accounts Receivable Aging | |
|---|---|
| 0-30 days old | 0.00 |
| 31-60 days old | 0.00 |
| 61-90 days old | 0.00 |
| 91+ days old | 591,507.75 |
| **Total Accounts Receivable** | **591,507.75** |
| Amount considered uncollectible (Bad Debt) | -528,977.16 |
| **Accounts Receivable (Net)** | **62,530.59** |

### DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | X |

**Bank Reconcilement**
### From: August 1, 2006 through September 7, 2006

| | | |
|---|---|---:|
| Book Balance 7/31/06 | | $196,999.45 |
| Disbursments | | 2,751.20 |
| Book Balance 7/31/06 | $ | 194,248.25 |
| | | |
| Bank Balance | $ | 196,298.45 |
| Open Checks | $ | 2,050.20 |
| Adj. Bank Balance | $ | 194,248.25 |
| | | |
| Variance | | 0 |